IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) No. _____ | |
| Plaintiff, | ) | |
| | ) 29 U.S.C. § 439(c) | |
| v. | ) NMT: One Year Imprisonment | |
| | ) NMT: $10,000 Fine | |
| JACKIE UPTEGROVE, | ) NMT: One Year Supervised Release | |
| [DOB: XX/XX/1950], | ) Class A Misdemeanor | |
| | ) | |
| Defendant. | ) $50 Mandatory Special Assessment | |

I N F O R M A T I O N

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE

Between on or about January 1, 2004, and December 31, 2004, in the Western District of Missouri, JACKIE UPTEGROVE, defendant herein, did knowingly and willfully make false entries in records, reports, and statements of Local M-146, International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers, AFL-CIO, in that defendant willfully made and submitted false "lost time" vouchers to conceal his embezzlement of union funds which he converted to his own use, and which records, reports, and statements, Local M-146, International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers was required to keep and maintain pursuant to the provisions of Title 29 of the United States Code.

All in violation of Title 29, United States Code, Section 439(c).

                                                Bradley J. Schlozman
                                                United States Attorney

By   */s/ Roseann A. Ketchmark*

                                                  Roseann A. Ketchmark  # 40697
                                                Executive Assistant United States Attorney

Date:    12/15/06
Kansas City, Missouri